IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00262-F-1

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          O R D E R
                                  )
KENTRELL DONTA BRAYBOY,           )
                Defendant.        )

This matter is before the court on Kentrell Donta Brayboy's Motion to Dismiss Counts

Two, Four, Six, Eight, and Ten [DE-41]. On September 26, 2016, Brayboy pled guilty to Counts

One, Two, Three, Five, Seven, and Nine, pursuant to a written plea agreement [DE-46].

Consequently, Brayboy's Motion to Dismiss Counts Two, Four, Six, Eight, and Ten [DE-41] is

DISMISSED as moot.

        SO ORDERED.

        This, the 2 7 day of September, 2016.

                                        James C. Fox
                                        JAMES C. FOX
                                        Senior United States District Judge