IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00262-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENTRELL DONTA BRAYBOY, | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's Motion for Issuance of Order of Forfeiture and Judgment [DE-49]. The Government's motion provides that Defendant was charged in an *indictment* and pled guilty to an *indictment*. *Id.* at 1. The Government's proposed Order and Judgment of Forfeiture [DE-49-1] states that Defendant was charged in an *indictment* and pled guilty to a *criminal information*.[1] *Id.* at 1. In light of the inconsistencies in the Government's motion and proposed order, the Government's Motion for Issuance of Order of Forfeiture and Judgment [DE-49] is DENIED without prejudice to renew.

SO ORDERED.

This, the 2 8 day of November, 2016.

JAMES C. FOX
Senior United States District Judge

---

[1] A review of the record reveals that Defendant pled guilty to Counts One, Two, Three, Five, Seven, and Nine of the *indictment*. *See* Plea Agreement [DE-46] at 1.