UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-262-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| V. | ) | **ORDER** |
| | ) | |
| KENTRELL DONTA BRAYBOY | ) | |
| Defendant | ) | |

For good cause shown, the motion to access sealed documents is hereby granted.

The U.S. Probation Office is directed to provided copies of the Presentence Investigation Report to Defendant's appellate counsel Dhamian A. Blue.

This the 26, day of September, 2017

Terrence Boyle
The Honorable Terrence W. Boyle
United States District Judge